IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| WILLIAM STANLEY DZIURKIEWICZ, MELISSA GAIL DZIURKIEWICZ<br><br>  Plaintiffs,<br><br>v.<br><br>ELIZABETH MARIE DZIURKIEWICZ, AKA ELIZABETH MARIE HAMILTON, ELIZABETH MARIE HOLBROOK<br><br>  Defendant. | **ORDER**<br><br>Case No. 2:12-cv-00907-RJS<br><br>Judge Robert J. Shelby |

On November 14, 2014, Defendant Elizabeth Dziurkiewicz filed an Answer to Plaintiffs' Complaint. (Dkt. 18-19.) At the end of her Answer, Ms. Dziurkiewicz moved the court to dismiss Plaintiffs' causes of action for failure to state a claim. Ms. Dziurkiewicz has failed to comply with Federal Rule of Civil Procedure 12 and Local Rule 7-1. Further, Ms. Dziurkiewicz has not cited legal authority or made legal arguments as to why the court should dismiss Plaintiffs' claims. In view of this, the court DENIES Ms. Dziurkiewicz's Motion to Dismiss.

SO ORDERED dated this 16th day of January, 2015.

BY THE COURT:

_____
ROBERT J. SHELBY
United States District Judge